NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FERNANDO ARANDA, | No. 10-17304 |
| Plaintiff - Appellant, | D.C. No. 2:10-cv-01434-GEB-DAD |
| v. | |
| ELIZABETH MEYERS; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Garland E. Burrell, Jr., District Judge, Presiding

Submitted August 2, 2011[**]

Before:    RYMER, IKUTA, and N. R. SMITH, Circuit Judges.

Fernando Aranda, a California state prisoner, appeals pro se from the district

court's order denying his application to proceed in forma pauperis. We have

jurisdiction under 28 U.S.C. § 1291. We review de novo. *Andrews v. Cervantes*,

493 F.3d 1047, 1052 (9th Cir. 2007). We affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

The district court properly denied Aranda's application to proceed in forma pauperis because Aranda did not contest that he is a three-strikes filer and did not provide plausible allegations that he was "under imminent danger of serious physical injury" at the time he filed the complaint. 28 U.S.C. § 1915(g); *see also Andrews*, 493 F.3d at 1055 (an exception to the three-strikes rule exists only where "the complaint makes a plausible allegation that the prisoner faced 'imminent danger of serious physical injury' at the time of filing").

Aranda's remaining contentions are unpersuasive.

**AFFIRMED.**